UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIOVANNY HERNAN ORTEGA,<br><br>   Plaintiff,<br><br> v.<br><br>POLLY KAISER, et al.,<br><br>   Defendants. | Case No. 25-cv-05259-JST<br><br>**ORDER TO SHOW CAUSE** |

By August 6, 2025, Defendants shall show cause why the motion for temporary restraining order heard on July 30, 2025, ECF No. 4, should not be converted into a motion for preliminary injunction. *See* Fed. R. Civ. P. 65(a)(1), 65(b)(3). If Defendants contend that the motion should not be so converted, Plaintiff may, but is not required to, file a responsive brief by August 13, 2025. Neither brief may exceed five pages.

**IT IS SO ORDERED.**

Dated: July 30, 2025



JON S. TIGAR
United States District Judge