```
CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
KENNETH BRAKEBILL (CABN 196696)
Acting Chief, Civil Division
MICHAEL J. STARRETT (NYBN 5444575)
Special Assistant United States Attorney

    450 Golden Gate Ave, P.O. Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-7073
    Michael.Starrett@usdoj.gov
```

*Attorneys for Respondents*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GIOVANNY HERNAN ORTEGA,<br><br>    Petitioner,<br><br>    v.<br><br>SERGIO ALBARRAN, et al.,[1]<br><br>    Respondents. | Case No. 4:25-cv-05259-JST<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING CASE MANAGEMENT STATEMENT AND CONFERENCE SCHEDULE** |

Pursuant to Civil Local Rules 6-1(b), 6-2 and 7-12, and subject to the Court's approval, Petitioner Giovanny Hernan Ortega ("Petitioner") and Respondents Sergio Albarran, Todd M. Lyons, Kristi Noem, and Pamela Bondi ("Respondents") hereby stipulate as follows:

WHEREAS, on September 26, 2025, this Court set the due date for a case management statement to January 27, 2026, and set a case management conference to February 3, 2026 (Dkt. No. 24);

WHEREAS, the parties have agreed on a revised deadline for the case management statement and date for the case management conference;

---

[1] Sergio Albarran is automatically substituted as a defendant in this matter pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

STIPULATION RE: CASE MANAGEMENT
NO. 4:25-CV-05259-JST                          1

NOW THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendants that, subject to the Court's approval:

1. The following deadlines will apply to the case management statement and conference:

| Event | Date |
| --- | --- |
| Parties file case management statement | 3/3/2026 |
| Case Management Conference | 3/17/2026, or a date convenient for the Court |

DATED: January 26, 2026.                Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

 /s/ *Michael J. Starrett*
MICHAEL J. STARRETT
Special Assistant United States Attorney
*Attorneys for Respondents*

DATED: January 26, 2026.                Respectfully submitted,

 /s/ *Judah Lakin*
JUDAH LAKIN
Lakin & Wille LLP
*Attorney for Petitioner*

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

**[~~PROPOSED~~] ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

1. The following deadlines will apply to the case management statement and conference:

| Event | Date |
|---|---|
| Parties file case management statement | 3/~~3~~/2026<br>24 |
| Case Management Conference | 3/~~17~~/2026, or a date convenient<br>31      for the Court |

Pursuant to the stipulation, IT IS SO ORDERED.

DATED: January 27, 2026

_____
THE HONORABLE JON S. TIGAR
United States District Judge

STIPULATION RE: CASE MANAGEMENT
NO. 4:25-CV-05259-JST                   3