UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GIOVANNY HERNAN ORTEGA,
Plaintiff,

v.

POLLY KAISER, et al.,
Defendants.

Case No. 25-cv-05259-JST

**ORDER ON ADMINISTRATIVE MOTION**

Re: ECF No. 46

Before the Court is Plaintiff-Petitioner Giovanny Hernan Ortega's administrative motion to supplement the record. ECF No. 46. By September 18, Defendants shall file a response indicating whether they oppose the Court's consideration of the additional evidence. In that filing, Defendants may also include a substantive response not to exceed two pages of text.

**IT IS SO ORDERED.**

Dated: September 14, 2026

JON S. TIGAR
United States District Judge

United States District Court
Northern District of California